```
 1  HECTOR E. SALITRERO, ESQ SBN 81186
    FERNANDO F. CHAVEZ, A LAW CORPORATION
 2  1530 THE ALAMEDA, SUITE 301
    SAN JOSE, CA 95126
 3  Phone: (408) 971-3903
    Fax: (408) 971-0717
 4
    Attorneys for Plaintiffs Blas David Gracia,
 5  Dulce Gracia, Karla Gracia, Luis Gracia,
    Florentino Gracia-Morales
 6  and Maria Elena Aguilar-Saucedo
```

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BLAS DAVID GRACIA, in his individual capacity and as the legal representative of the Estate of Carlos Alberto Gracia, and as Guardian ad Litem for DULCE GRACIA, KARLA GRACIA and LUIS GRACIA, minors; FLORENTINO GRACIA-MORALES and MARIA ELENA AGUILAR-SAUCEDO,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SANTA CLARA,<br><br>Defendant. | CASE #: 06CV00421 HRL<br><br>STIPULATION AND xxxxxxxxxxxx ORDER SELECTION ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court processes:**

    ☐ Non-binding Arbitration (ADR L.R. 4)

    ☐ Early Neutral Evaluation (ENE) (ADR L.R.5)

    ✓ Mediation (ADR L.R. 6)

(Note: Parties who believe that an early settlement conference with a Magistrate Judge is

1

Fernando F. Chavez, A Law Corporation     STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)

**Private Process:**

Private ADR (*please identify process and ADR process unless otherwise ordered.*) Plaintiffs have agreed to hold Mediation (ADR L.R. 6) on October 20, 2006 at 1:00 p.m. with David A. Levy, Mediator, at the Law Offices of David A. Levy located at 800 Airport Blvd. #314, Burlingame, CA 94010, Telephone No. (650) 524-0440; Fax: (650) 348-1400.

The presumptive deadline for the ADR session was originally scheduled on September 5, 2006. Parties have agreed to stipulate to continue the deadline for the ADR session. Parties have scheduled the Mediation for October 20, 2006 to commence at 1:00 p.m. Parties will provide a written copy of the Mediation statement to the Mediator on or before October 16, 2006.

Parties request an extension of time to hold the Mediation (ADR L.R.).

DATED: 8-28-06

Fernando F. Chavez, A Law Corporation

Hector E. Salitrero, Esq.
Attorney for Plaintiffs

DATED: 8/29/06

Office of the County Counsel

David Michael Rollo, Esq.
Attorney for Defendant

2

Fernando F. Chavez, A Law Corporation    STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

[PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to Mediation. Deadline for ADR session will be 60 days from the date of this order.

IT IS SO ORDERED.

DATED: 8/29/06

/s/ Howard R. Lloyd
UNITED STATES MAGISTRATE JUDGE

3
STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS
Fernando F. Chavez, A
Law Corporation