```
 1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
    DAVID M. ROLLO, Deputy County Counsel (S.B. #111998)
 2  OFFICE OF THE COUNTY COUNSEL
    70 West Hedding, East Wing, 9th Floor                *E-filed 11/16/06*
 3  San Jose, California  95110-1770
    Telephone:  (408) 299-5900
 4  Facsimile:  (408) 292-7240

 5  Attorneys for Defendant
    COUNTY OF SANTA CLARA
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                    NORTHERN DISTRICT OF CALIFORNIA
10
11  BLAS DAVID GRACIA, et al.,         )   No.   C06-00421 HRL
                                       )
12          Plaintiffs,                )   STIPULATION AND PROTECTIVE
                                       )   ORDER  (AS MODIFIED BY COURT)
13  v.                                 )
                                       )
14  COUNTY OF SANTA CLARA,             )
                                       )
15          Defendants.                )
                                       )
16
```

17         Plaintiffs BLAS DAVID GRACIA, in his individual and representative capacities,

18  FLORENTINO GRACIA-MORALES and MARIA ELENA AGUILAR-SAUCEDO

19  (collectively "Plaintiffs"), and Defendant COUNTY OF SANTA CLARA (hereafter "County")

20  stipulate to the following terms and conditions respecting specifically designated and/or marked

21  documents and items produced in this litigation by the County, from and after May 30, 2006, in

22  response to Plaintiffs' discovery requests:

23         1.      It is agreed that Plaintiffs will restrict access to all documents and items - marked

24  "DOC CONFIDENTIAL" by the County, and all information contained therein - to the

25  following individuals: each named Plaintiff, Plaintiffs' attorneys (including staff), ~~and~~ litigation

26  consultants, and witnesses per paragraph 3;

27         2.      Nothing contained herein shall prohibit counsel for the Plaintiffs and the County

28  from using or referring to the marked documents or items in motion papers or pleadings filed

with the Court in this action. If marked documents or items subject to this protective order are contained within or attached to any pleading, the County will have the right to move that any pleading be sealed pursuant to Court Order;

     3.     Where permitted by the rules of evidence, the marked documents or items may be exhibited to witnesses during the trial or pretrial proceedings in this action provided, however, that to the extent that the transcript of any trial or pretrial proceeding or the exhibits thereto incorporate or reference the documents or items, such transcript and any such exhibits may be sealed in accordance with the Court's rules and procedures upon application therefore by the County;

     4.     Upon case disposition, Plaintiffs agree to dispose of all of the documents and items (and all duplicates and/or copies thereof) or return same to the County;

     5.     If there is any unauthorized disclosure of any documents or items subject to this Order by any person or entity, said person or entity may be subject to sanctions and civil contempt for violation of this Order, in accordance with the procedures of the Court; and

     6.     This Order is subject to modification pursuant to written stipulation between the parties and/or appropriate motion procedures.

Dated: September 15, 2006     By: _____
     HECTOR SALITRERO
     Attorneys for Plaintiffs

Dated: September 15, 2006     ANN MILLER RAVEL
     County Counsel

     By: _____
     DAVID M. ROLLO
     Deputy County Counsel

     Attorneys for Defendant
     COUNTY OF SANTA CLARA

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: 11/16/06

     JUDGE HOWARD R. LLOYD
     U.S. Magistrate Judge

49582.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and Protective Order     -2-     C06-00421 HRL