*E-filed 1/18/07*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BLAS DAVID GRACIA, et al, | Case No. 06-00421 HRL |
| Plaintiffs, | **ORDER OF DISMISSAL** |
| v. | |
| COUNTY OF SANTA CLARA., | |
| Defendant. | |

The court is advised that the parties have entered a full settlement in the above-entitled action. Accordingly, the court vacates all scheduled appearances before it.

IT IS HEREBY ORDERED that this action be dismissed with prejudice. However, if any party certifies to this court, no later than April 18, 2007, with proof of service of a copy on the other party, that the agreed consideration for the settlement has not been delivered or that the settlement has not been consummated as agreed, the foregoing ORDER SHALL STAND VACATED and this cause shall be restored to the calendar and be set for trial.

**IT IS SO ORDERED**.

Dated:   1/18/07

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  Notice will be electronically mailed to:

2

3  Anthony James Palik apalik@fernandofchavez.com, merica_gonzalez@yahoo.com

4  David Michael Rollo david.rollo@cco.sccgov.org, anna.espiritu@cco.sccgov.org

5

6

7  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.